UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                Civil No. 11-14104

BRADLEY J. SONGER,

        Defendant.
_____/

**CONSENT JUDGMENT**

The Court, having reviewed the Stipulation for Consent Judgment between the parties, and being otherwise advised in the matter,

IT IS ORDERED that judgment be and hereby is entered against Defendant Bradley J. Songer and in favor of the United States in the amount of $16,587.00, plus interest from the date of judgment at the rate in effect at the time of judgment, to be paid as agreed to in the Stipulation.

        S/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: September 21, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 21, 2011, by electronic and/or ordinary mail.

        S/Marilyn Orem
        Case Manager